## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNIVERSAL TRUCKLOAD, INC.
A Foreign Profit Corporation,

        Plaintiff,

JOSEPH BRIDGE, an individual,

        Defendant.

Case No. 2:22-cv-10988-BAF-JJCG
Hon. Bernard A. Friedman
Magistrate Judge: Jonathan J.C. Grey

| | |
|---|---|
| Courtney L. Nichols (P75160)<br>Plunkett Cooney<br>Attorneys for Plaintiff<br>38505 Woodward Avenue, Ste. 100<br>Bloomfield Hills, MI 48304<br>(248) 594-6360<br>cnichols@plunkettcooney.com | Paul E. Robinson (P39327)<br>Sullivan & Leavitt, P.C.<br>Local Counsel for Defendant<br>P.O. Box 5490<br>Northville, MI 48167<br>(248) 349-3980<br>pr@sullivanleavitt.com |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the Appearance of Paul E. Robinson, Esq., as local counsel for the above named Defendant in the above entitled matter.

        Respectfully Submitted

        */s/ Paul E. Robinson*
        Paul E. Robinson (P39327)
        Sullivan & Leavitt, P.C.
        Local Counsel for Defendant
        P.O. Box 5490
        Northville, MI 48167
        (248) 349-3980

Date: June 6, 2022        pr@sullivanleavitt.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that I have electronically filed an Appearance and this Certificate of Service with the Clerk of the Court using the ECF System, which will send notification of such filing to the attorneys and/or parties of record.

      I declare that the above statements are true to the best of my information, knowledge and belief.

                                            */s/ Julia Rohr-Campbell*
                                            Sullivan & Leavitt, P.C.

Date: June 6, 2022