IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNIVERSAL TRUCKLOAD, INC., | CASE NO.: 2:22-CV-10988 |
| Plaintiff, | JUDGE BERNARD A. FRIEDMAN |
| vs. | MAGISTRATE JUDGE JONATHAN J.C. GREY |
| JOSEPH BRIDGE, | |
| Defendant. | |

**INDEX OF EXHIBITS TO DEFENDANT JOSEPH BRIDGE'S MOTION FOR SUMMARY JUDGMENT**

**Exhibit A**   Affidavit of Defendant Joseph Bridge in Support of Defendant's Motion for Summary Judgment

**Exhibit B**   Deposition of Mark Limback, pp. 1-6, 16-18, 24-29, 44-60, 70-76, 95

**Exhibit C**   Deposition of Tony Di Nallo, pp. 1-4, 25-32, 39-44, 48-51, 84-86, 95-98, 111-112[1]

**Exhibit D**   Declaration of Erick La Torre in Support of Defendant Joseph Bridge's Motion for Summary Judgment

**Exhibit E**   Deposition of Ron Payseur, pp. 1-3, 59-67, 70-74, 86-87

**Exhibit F**   Deposition of Steve Place, pp. 1-3, 11-17, 27-41, 72-76, 79-80[2]

**Exhibit G**   Deposition of Brian Zimmerman, pp. 1-3, 22-28, 34, 59-63, 66-67[3]

---

[1] To be filed under seal, pending the Court's determination of Defendant's Motion for Leave to File Documents Under Seal *Instanter*.
[2] To be filed under seal, pending the Court's determination of Defendant's Motion for Leave to File Documents Under Seal *Instanter*.
[3] To be filed under seal, pending the Court's determination of Defendant's Motion for Leave to File Documents Under Seal *Instanter*.

**Exhibit H**   Plaintiff's Supplemental Answers to Defendant Joseph Bridge's Second Set of Interrogatories and Requests for Production of Documents

| | |
|---|---|
| Dated: March 6, 2023 | Respectfully submitted, |
| | /s/*Joseph N. Gross*<br>JOSEPH N. GROSS (Ohio Bar No. 0056241)<br>THOMAS D. JACKSON (Ohio Bar No. 0098911)<br>**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**<br>200 Public Square, Suite 2300<br>Cleveland, Ohio 44114<br>Telephone: 216-363-4500<br>Facsimile: 216-363-4588<br>Email: jgross@beneschlaw.com<br>Email: tjackson@beneschlaw.com<br><br>PAUL E. ROBINSON (P39327)<br>**SULLIVAN & LEAVITT, P.C.**<br>22375 Haggerty Road<br>Novi, Michigan 48375<br>Telephone: 248-349-3980<br>Facsimile: 248-349-2810<br>Email: per@sullivanleavitt.com<br>*Attorneys for Defendant Joseph Bridge* |